UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| BUERGOFOL GMBH,<br><br>Plaintiff,<br><br>vs.<br><br>OMEGA LINER COMPANY, Inc.,<br><br>Defendant. | 4:22-CV-04112-KES<br><br><br>ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE |

Pending before the court are the following motions:

1) Defendant's, Omega Liner Company, Motion for Protective Order (Docket 80)

2) Plaintiff's, Buergofol GmbH, Motion to Determine the Sufficiency of Omega's objections and failure to admit or deny Buergofol's requests for admission numbers 1 and 2 served February 27, 2023 (Docket 87);

3) Omega's Cross Motion to Compel (Docket 92);

4) Omega's Motion to Compel (Docket 100);

5) Omega's Motion to Compel (Docket 127);

6) Omega's Motion to Compel (Docket 148);

7) Buergofol's Motion to Compel (Docket 153);

8) Omega's Motion to Compel (Docket 168); and

9) Omega's Motion to Compel (Docket 175).

It is ORDERED that these motions are referred to Magistrate Judge Veronica Duffy for ruling.

Dated August 4, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE