# EXHIBIT A



BF7113