# Exhibit A

*Curriculum Vitae for Michael Neustel*

# Michael Neustel
U.S. Patent Attorney

**Summary**
Michael Neustel is a U.S. Patent Attorney who has been litigating patent infringement cases since 2001. He is the founder of Neustel Law Offices, LTD and his practice focuses on infringement due diligence, patent infringement litigation, *Inter Partes Reviews* (IPR), patent prosecution, trademark prosecution, and trademark infringement litigation.

**Education**
North Dakota State University, *B.S. Electrical & Electronics Engineering* (1994)
University of South Dakota, *J.D.* (1997)

**Bar Admissions**
North Dakota State Bar (1997)
U.S. Patent and Trademark Office (1997)
U.S. District Court for the District of North Dakota (1998)
United States Court of Appeals for the Federal Circuit (2010)

**Speaking Engagements, Panels and Judging**
- Regional Judge for USPTO's National Patent Application Drafting Competition (2022-2023)
- 2018 IP Roundtable with Senator Hoeven and USPTO Director Iancu
- North Dakota State Bar Association
- SBDC Knowledge Exchange Program (KEP) Conference
- Cass County Bar Association
- Minnesota Inventors Congress (MIC)
- Wisconsin Innovation Service Center (WISC) Ideas to Profits Conference
- National Inventor Summit
- Small Business Development Center (SBDC)
- Inventors Association of Manhattan
- Certified Patent Valuation Analyst (CPVA)
- Twin Ports Inventors & Entrepreneurs
- Northern Plains Inventors Congress (Founder)
- Marketplace of Ideas
- Marketplace for Kids
- InventRight
- Enterprise Minnesota
- The Power of Angel Investing (Ewing Marion Kauffman Foundation)
- Center for Innovation
- North Dakota State University (NDSU)
- University of North Dakota (UND)
- University of Mary

**Patent Litigation Experience**

| Case | Filing Date |
|---|---|
| *Unverferth Manufacturing Co., Inc. v. Norwood Sales Inc.* <br> 3-18-cv-00053 (DND) | Mar. 12, 2018 |
| *PRx Performance, LLC v. Axom Acquisition Co., LLC et al* <br> 5-18-cv-05007 (WDAR) | Jan. 18, 2018 |
| *Summers Manufacturing Company, Inc. v. Tri-County Ag, LLC et al.* <br> 4-17-cv-00186 (SDIA) | May. 25, 2017 |
| *GLG Farms LLC v. Brandt Agricultural Products* <br> 17-1937 (CAFC) | Apr. 21, 2017 |
| *Graphic Packaging Intl. v. Inline Packaging, LLC* <br> 17-1776 (CAFC) | Mar. 09, 2017 |
| *Summers Manufacturing Company, Inc. v. Tri-County Ag, LLC et al* <br> 3-16-cv-00417 (DND) | Dec. 12, 2016 |
| *Inline Packaging, LLC v. Graphic Packaging International, Inc.* <br> IPR2015-01609 (PTAB) | Jul. 22, 2015 |
| *GLG Farms LLC v. Brandt Agricultural Products Ltd.* <br> 4-14-cv-00153 (DND) | Dec. 02, 2014 |
| *Schlagel, Inc. v. S-M Enterprises, Inc.* <br> 0-13-cv-00446 (DMN) | Feb. 25, 2013 |
| *Spiel Associates v. Gateway Bookbinding* <br> 10-1325 (CAFC) | Apr. 21, 2010 |
| *Asplin v. Bob McDonald, et al.* <br> 3-07-cv-00085 (DND) | Sep. 21, 2007 |
| *M. Gates Manufacturing, Inc. v. Brockman, Daniel W.* <br> 3-07-cv-00530 (WDWI) | Sep. 21, 2007 |
| *GPS Industries Inc et al v. Altex Corporation et al* <br> 3-07-cv-00831 (NDTX) | May. 11, 2007 |
| *Mosher v. Weeda* <br> 0-07-cv-00176 (DMN) | Jan. 16, 2007 |
| *Erickson Manufacturing Co., Inc. et al v. Lynnseth, Inc. et al* <br> 3-06-cv-00085 (DND) | Oct. 11, 2006 |
| *New Products Marketing Corp. v. Lowe's Home Centers, Inc. et al* <br> 3-06-cv-00405 (WDNC) | Sep. 25, 2006 |
| *New Products Marketing Corp. v. Lowe's Companies, Inc.* <br> 4-06-cv-00035 (DND) | Apr. 27, 2006 |
| *Ultratech International Inc. v. F.O. Berg Company* <br> 3-06-cv-00282 (MDFL) | Mar. 28, 2006 |
| *New Products Marketing Corp. v. Great Neck Saw Manufacturers Inc. et al* <br> 4-05-cv-00119 (DND) | Nov. 18, 2005 |

| Case | Filing Date |
|---|---|
| *C&A Pro v. Global Polymer, et al* <br> 3-05-cv-00053 (DND) | May 09, 2005 |
| *University of North Dakota v. James Hardie et al.*, 2:04-cv-00152-RRE-KKK (DND) | Dec. 30, 2004 |
| *New Products v. Keson Industries Inc* <br> 4-04-cv-00122 (DND) | Oct. 05, 2004 |
| *C&A Pro v. Pride Solutions* <br> 0-04-cv-03994 (DMN) | Sep. 01, 2004 |
| *Snap Edge Corporation v. Avon Plastics, Inc* <br> 0-04-cv-03376 (DMN) | Jul. 23, 2004 |
| *Matweld, Inc. v. Portaco, Inc.* <br> 0-04-cv-03177 (DMN) | Jul. 09, 2004 |
| *Vidir Machine Inc. et al v. United Fixtures Company* <br> 1-04-cv-00820 (MDPA) | Apr. 15, 2004 |
| *Matweld Inc v. Portaco Inc* <br> 1-04-cv-01273 (NDIL) | Feb. 18, 2004 |
| *Intrigue Tech Inc v. Universal Electronic* <br> 8-03-cv-01760 (CDCA) | Dec. 10, 2003 |
| *Agri-Cover, Inc v. Sport Masters Inc* <br> 3-03-cv-00113 (DND) | Oct. 17, 2003 |
| *Spiel Associates, Inc. v. Gateway Bookbinding Systems, Ltd.* <br> 1-03-cv-04696 (EDNY) | Sep. 16, 2003 |
| *New Products v. Empire Level Mfg* <br> 3-03-cv-00005 (DND) | Jan. 10, 2003 |
| *Vidir Machine, et al v. United Fixtures* <br> 3-02-cv-00144 (DND) | Dec. 23, 2002 |
| *Universal Electronic v. Intrigue Technologies* <br> 8-02-cv-01089 (CDCA) | Nov. 19, 2002 |
| *Intrigue Technologies v. Universal Electronic* <br> 3-02-cv-00124 (DND) | Nov. 05, 2002 |
| *C&A Plus, Inc., et al v. Pride Solutions, LLC* <br> 3-02-cv-00118 (DND) | Oct. 28, 2002 |
| *Loegering Mfg Inc. v. Grouser Prod, Inc, et al* <br> 3-02-cv-00008 (DND) | Jan. 14, 2002 |
| *C&A Plus, Inc, et al v. Plastic Specialties* <br> 0-01-cv-01428 (DMN) | Aug. 07, 2001 |