# Exhibit B

*Relevant Portions of AIPLA Economic Survey*



# AIPLA
American Intellectual Property Law Association

# Report of the Economic Survey 2021

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Arlene Neal, Chair

September 2021

Prepared by:



ARI Association Research, Inc.

10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754
TEL: (240) 268-1262 ■ ARI@associationresearch.com

**Private Firm, Equity Partner**

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Equity Partner*

|  |  | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals | | 253 | $558 | $344 | $400 | $500 | $650 | $887 |
| Years of IP Law Attorney Experience | 7-9 | 7 | $372 | ISD | $290 | $375 | $401 | ISD |
| | 10-14 | 31 | $545 | $341 | $395 | $480 | $625 | $889 |
| | 15-24 | 89 | $532 | $340 | $398 | $495 | $614 | $757 |
| | 25-34 | 82 | $577 | $377 | $424 | $530 | $680 | $899 |
| | 35 or More | 36 | $648 | $340 | $450 | $593 | $855 | $1,100 |
| Location | Boston CMSA | 6 | $637 | ISD | $464 | $600 | $831 | ISD |
| | NYC CMSA | 19 | $712 | $400 | $500 | $600 | $980 | $1,150 |
| | Philadelphia CMSA | 6 | $726 | ISD | $528 | $700 | $861 | ISD |
| | Washington, DC CMSA | 31 | $633 | $400 | $460 | $525 | $847 | $962 |
| | Other East | 12 | $523 | $315 | $385 | $488 | $528 | $1,046 |
| | Metro Southeast | 15 | $564 | $358 | $375 | $500 | $590 | $1,026 |
| | Other Southeast | 5 | $453 | ISD | $368 | $410 | $559 | ISD |
| | Chicago CMSA | 10 | $586 | $329 | $469 | $640 | $700 | $736 |
| | Minne.-St. Paul PMSA | 19 | $530 | $295 | $360 | $500 | $675 | $875 |
| | Other Central | 56 | $453 | $300 | $368 | $415 | $544 | $665 |
| | Texas | 23 | $549 | $339 | $415 | $498 | $700 | $900 |
| | Los Angeles CMSA | 14 | $657 | $372 | $443 | $613 | $780 | $1,200 |
| | San Francisco CMSA | 5 | $665 | ISD | $463 | $595 | $903 | ISD |
| | Other West | 32 | $513 | $308 | $356 | $470 | $613 | $787 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $569 | $400 | $402 | $473 | $700 | $1,015 |
| | Chemical | 7 | $430 | ISD | $350 | $450 | $500 | ISD |
| | Computer Software | 27 | $546 | $320 | $375 | $450 | $560 | $1,004 |
| | Electrical | 21 | $603 | $302 | $398 | $498 | $838 | $1,073 |
| | Mechanical | 51 | $492 | $342 | $380 | $460 | $560 | $700 |
| | Medical/ Health Care | 15 | $541 | $298 | $400 | $600 | $685 | $702 |
| | Other areas | 4 | $481 | ISD | $406 | $463 | $575 | ISD |
| Age | Younger than 35 | 4 | $364 | ISD | $305 | $376 | $412 | ISD |
| | 35-39 | 13 | $498 | $366 | $385 | $425 | $553 | $900 |
| | 40-44 | 32 | $513 | $297 | $375 | $450 | $634 | $831 |
| | 45-49 | 29 | $616 | $350 | $400 | $520 | $750 | $1,100 |
| | 50-54 | 48 | $517 | $349 | $400 | $475 | $594 | $710 |
| | 55-59 | 57 | $546 | $350 | $400 | $500 | $617 | $806 |
| | 60 or Older | 64 | $614 | $308 | $429 | $528 | $748 | $1,100 |
| Gender | Male | 208 | $563 | $350 | $400 | $500 | $650 | $903 |
| | Female | 32 | $510 | $340 | $381 | $450 | $583 | $735 |
| | Prefer not to respond | 6 | $500 | ISD | $375 | $475 | $638 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 187 | $563 | $350 | $401 | $500 | $650 | $879 |
| | Master's Degree | 44 | $571 | $300 | $400 | $525 | $700 | $933 |
| | Doctorate Degree | 21 | $489 | $261 | $360 | $460 | $613 | $748 |
| Ethnicity | White/Caucasian | 200 | $548 | $350 | $400 | $500 | $642 | $873 |
| | Black/African American | 3 | $463 | ISD | ISD | $400 | ISD | ISD |
| | Hispanic/Latino | 4 | $570 | ISD | $424 | $558 | $729 | ISD |
| | Asian/Pacific Islander | 14 | $578 | $340 | $400 | $625 | $716 | $776 |
| | Blended | 4 | $681 | ISD | $469 | $600 | $975 | ISD |
| | Prefer not to respond | 19 | $612 | $300 | $400 | $510 | $750 | $1,250 |
| | Other | 3 | $412 | ISD | ISD | $350 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $406 | $284 | $353 | $400 | $500 | $530 |
| | 3-5 | 29 | $441 | $340 | $383 | $420 | $483 | $625 |
| | 6-10 | 28 | $486 | $323 | $400 | $463 | $569 | $713 |
| | 11-25 | 57 | $508 | $340 | $380 | $435 | $598 | $750 |
| | 26-50 | 33 | $585 | $329 | $435 | $525 | $685 | $1,016 |
| | 51-100 | 47 | $686 | $415 | $520 | $600 | $850 | $1,100 |
| | 101-150 | 17 | $606 | $347 | $498 | $600 | $693 | $860 |
| | More than 150 | 15 | $822 | $441 | $560 | $795 | $1,100 | $1,240 |