# Exhibit C

*Omega's Statement of Billable Time for Motion to Compel (Prior Art)*

*Buergofol GmbH v. Omega Liner Company, Inc.*
Omega's Statement of Billable Time for Motion to Compel (Prior Art)

| SUMMARY OF BILLABLES | | |
|---|---|---|
| **Item** | **Hours** | **Amount** |
| Omega's Initial Brief | 23.2 | $11,852.50 |
| Omega's Reply Brief | 14.8 | $9,157.50 |
| Omega's Response to Buergofol's Motion to Clarify | 11.9 | $6,962.5 |
| *Total Billable Time and Legal Fees* | *49.9* | *$27,972.50* |
| Sales Tax (6.2%) | N.A. | $1,734.29 |
| **Total Legal Fees + Taxes** | | **$29,706.79** |

| INITIAL BRIEF | | | | |
|---|---|---|---|---|
| **Date** | **Activity** | **Attorney** | **Hours** | **Amount** |
| 2/7/2023 | Legal research in support of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art; begin drafting Memorandum in Support of Motion to Compel. | M. Breit | 3.0 | $1,500 |
| 2/8/2023 | Interoffice communications with M. Breit and M. Joyce regarding Omega's Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Neustel | 0.6 | $390 |
| 2/8/2023 | Draft Memorandum in Support of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Breit | 9.0 | $4,500 |
| 2/9/2023 | Preparation of Memorandum in Support of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 | M. Neustel | 1.2 | $780 |

| | | | | |
|---|---|---|---|---|
| | regarding prior art and interoffice communications regarding the same. | | | |
| 2/9/2023 | Exchange emails with co-counsel regarding preparation of Memorandum in Support of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Joyce | 0.2 | $65 |
| 2/10/2023 | Draft Declaration of Michelle G. Breit in Support of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art; draft Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art; edit and further preparation of Memorandum in Support of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art; telephone conferences with M. Neustel regarding same. | M. Breit | 3.8 | $1,900 |
| 2/10/2023 | Exchange emails with co-counsel regarding preparation and filing of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Joyce | 0.2 | $65 |
| 2/12/2023 | Preparation of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art and interoffice communications regarding the same. | M. Neustel | 2.3 | $1,495 |
| 2/13/2023 | Interoffice communications regarding Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Neustel | 0.5 | $325 |
| 2/13/2023 | Finalize Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Breit | 0.3 | $150 |
| 2/13/2023 | Review and revise draft of Memorandum in Support of Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art and supporting pleadings; prepare initial draft of Rule 37.1 certification accompanying Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art; exchange | M. Joyce | 2.1 | $682.50 |

2

| | | | | |
|---|---|---|---|---|
| | emails with co-counsel regarding the same; phone call with co-counsel regarding the same; direct further handling. | | | |
| | *Total (Initial Brief):* | | *23.2* | *$11,852.50* |
| **REPLY BRIEF** | | | | |
| **Date** | **Activity** | **Attorney** | **Hours** | **Amount** |
| 2/27/2023 | Review of Buergofol's Opposition to Omega's Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Neustel | 0.4 | $260 |
| 3/8/2023 | Preparation of Reply Brief in Support of Omega's Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Neustel | 1.3 | $845 |
| 3/9/2023 | Continued review of Buergofol's opposition to Omega's Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art and continued preparation of Reply Brief in Support of Omega's Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Neustel | 8.1 | $5,265 |
| 3/10/2023 | Continued preparation of Reply Brief in Support of Omega's Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art; communications with M. Joyce regarding filing Reply Brief in Support of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Neustel | 2.8 | $1,820 |
| 3/10/2023 | Review and edit draft Reply in Support of Omega's Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art; telephone conference with M. Neustel regarding Reply in Support of Omega's Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Breit | 0.7 | $350 |

| 3/13/2023 | Communications with M. Joyce regarding changes to and filing Reply Brief in Support of Omega's Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art. | M. Neustel | 0.4 | $260 |
|---|---|---|---|---|
| 3/13/2023 | Exchange emails with co-counsel regrading meet and confer efforts; review and revise Reply Brief in Support of Motion to Compel Buergofol's Response to Interrogatory No. 4 and Request for Production No. 13 regarding prior art; exchange emails with co-counsel regarding the same; direct further handling. | M. Joyce | 1.1 | $357.50 |
| | *Total (Reply Brief):* | | *14.8* | *$9,157.50* |
| **RESPONSE TO BUERGOFOL'S MOTION TO CLARIFY** | | | | |
| Date | Activity | Attorney | Hours | Amount |
| 7/17/2023 | Review of Buergofol's Motion to Clarify the Court's Order on July 14th regarding prior art; interoffice communications regarding Buergofol's Motion to Clarify and preparation of brief in response to Buergofol's Motion to Clarify. | M. Neustel | 6.5 | $4,225 |
| 7/17/2023 | Review and analysis of Buergofol's Motion to Clarify; interoffice communications with M. Neustel regarding same; telephone conference with M. Bond regarding Buergofol's Motion to Clarify. | M. Breit | 1.2 | $600 |
| 7/18/2023 | Continued preparation of brief in response to Buergofol's Motion to Clarify; interoffice communications with M. Breit and local counsel regarding the same. | M. Neustel | 1.3 | $845 |
| 7/18/2023 | Review and edit Omega's brief in response to Buergofol's Motion to Clarify. | M. Breit | 2.0 | $1,000 |
| 7/18/2023 | Review, revise, and finalize brief in response to Buergofol's Motion to Clarify. | M. Joyce | 0.9 | $292.50 |
| | *Total (Response to Motion to Clarify):* | | *11.9* | *$6,962.50* |