UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BUERGOFOL GMBH,<br><br>Plaintiff,<br><br>vs.<br><br>OMEGA LINER COMPANY, INC.,<br><br>Defendant. | CIV. 22-CV-04112-KES<br><br>**MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

Plaintiff Buergofol GmbH, by and through its counsel of record, submits this motion seeking leave of Court to submit an overlength brief. Local Rule 7.1 provides that briefs may not exceed 30 pages.

Buergofol submits that, based on the number of allegations in Defendant Omega Liner Company, Inc.'s Answer and Counterclaims, which totaled 70 pages (not including exhibits), a brief exceeding the page length set by Local Rule 7.1 is necessary to address Buergofol's arguments in support of its motions pursuant to Rules 9(b), 12(b)(6), and 12(f). Accordingly, Buergofol requests permission to file its brief, which exceeds the page length cited above.

Dated at Sioux Falls, South Dakota, this 29th day of August, 2023.

        **DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.**

        By /s/ Elizabeth S. Hertz
            Elizabeth S. Hertz
            P.O. Box 1030
            206 West 14th Street
            Sioux Falls, SD 57101-1030
            Phone (605) 357-1263
            Fax (605) 335-3639
            Email ehertz@dehs.com

Attorneys for Plaintiff Buergofol

**IMPERIUM PATENT WORKS LLP**
Darien K. Wallace
T. Lester Wallace
P.O. Box 607
315 Ray Street
Pleasanton, CA 94566
Phone (925) 550-5067
Fax (925) 835-5804
Email darien@imperiumpw.com
       lester@imperiumpw.com

Attorneys for Plaintiff Buergofol
*Pro Hac Vice*