# Exhibit C

*Transcript of Voicemail Left by Lester Wallace on March 27, 2023 at 2:49 pm CT*

**Transcript of Voicemail Left by Lester Wallace on March 27, 2023 at 2:49 pm CT**
*(Digital Audio File Available Upon Request)*

Hello Michael Neustel, this is Lester Wallace and uh, and uh, Darien Wallace calling you.

How come we can never reach you by telephone?

It's really annoying.

Um, it is now 12, uh, 45 California time and you went to trouble of writing this really long letter, but you didn't meet and confer with me.

So I'm calling to meet and confer about the protective order that we have now drafted. Um, you're obligated to meet and confer with me under the local rules as indicated in the e-mail that I just sent you.

Um, I'm not gonna go on and on about the various issues that we need to talk about.

Uh, but, uh, you know, I reject, um, 99 percent of everything in your letter, and I would like to discuss with you what the law is about various, um, charges you make in your letter cuz ==I don't think you're well versed in the law.==

But anyway, maybe you are!

Uh, we have an obligation to meet and confer about Buergofol's, uh, protective motion for protective order that has now been drafted.

Uh, look forward to hearing from you.

My number is 925-862-9972.

Uh, please don't tarry, Darien is on the line from Germany, um, working away doing your document production request and it's late for him.

So, um, please call.

Thank you.