# Exhibit H

*August 6-7, 2023 Email Thread Between Michael Neustel and Lester Wallace*

**From:** Michael Neustel
**To:** lester imperiumpw.com; darien imperiumpw.com; ehertz@dehs.com
**Cc:** Monte Bond; Michelle Breit; meghann@denevanfalon.com
**Subject:** RE: July 6 meet and confer
**Date:** Monday, August 7, 2023 12:23:49 PM

Dear Lester,

I was taken aback by your suggestion that I might be recording our conversations. It seems that your *ad hominem* attacks know no bounds. As I have stated several times now, we are not recording conversations with you.

Though we would prefer to streamline the process and have only one attorney during meet-and-confer calls to be more cost-effective for our client, your behavior during these discussions, such as using derogatory terms like "fool" and "stupid" to refer to me, necessitates the presence of at least two attorneys on any call involving you. This measure ensures that we can accurately document statements made by you.

Best regards,

Michael Neustel

Neustel Law Offices, LTD | 2534 South University Drive, Suite 4 | Fargo, ND 58103
Telephone: 701-281-8822 | Website: www.neustel.com | Email: michael@neustel.com

**From:** lester imperiumpw.com <lester@imperiumpw.com>
**Sent:** Sunday, August 6, 2023 12:31 AM
**To:** Michael Neustel <michael@neustel.com>
**Cc:** darien imperiumpw.com <darien@imperiumpw.com>; Monte Bond <monte@neustel.com>; Michelle Breit <michelle@neustel.com>; ehertz@dehs.com; meghann@denevanfalon.com
**Subject:** July 6 meet and confer

Dear Michael,

I am just now reading your declaration (Dkt. 176).

You have numerous long direct quotes.

If you made a recording, we request that you send us copy.

Lester

T. Lester Wallace
**Imperium Patent Works LLP**
315 Ray Street
Pleasanton, CA 94566
(925) 862-9972