# Exhibit I

*Email Correspondence Between Michael Neustel and Lester Wallace*

Friday, September 1, 2023 at 10:44:57 Central Daylight Time

**Subject:** Response to Lester Wallace's August 9, 2023 Email
**Date:** Sunday, August 13, 2023 at 9:21:36 PM Central Daylight Time
**From:** Michael Neustel
**To:** Lester@imperiumpw.com
**Attachments:** 2023-08-09 Letter to Lester Wallace re Conduct.pdf, 2023-08-13 Letter to Lester Wallace re Conduct.pdf

Dear Lester,

Please find attached my letter dated August 13, 2023 in response to your email below. I have also attached my August 9, 2023 letter which is referenced in my August 13, 2023 letter.

Per your request, I haven't included your co-counsel in this communication. However, I suggest you share the letter with them.

Best regards,

Michael S. Neustel
U.S. Patent Attorney

Neustel Law Offices, LTD | 2534 South University Drive, Suite 4 | Fargo, North Dakota 58103
Telephone: (701) 281-8822 | Facsimile: (701) 237-0544 | E-mail: michael@neustel.com
| Website: www.neustel.com

**From:** lester imperiumpw.com <lester@imperiumpw.com>
**Sent:** Wednesday, August 09, 2023 11:13 AM
**To:** Michael Neustel <michael@neustel.com>
**Subject:** RE: Response to Lester Wallace's August 7, 2023 Email

Dear Michael,

I asked that we not involve others. I ask that we have an actual respectful conversation, in good faith. See the mention in my email of "just you and me?" Please reconsider. Please do not copy others on your response to this email, or write a letter. I am trying not to say anything to defend myself, but rather I am trying to open the door so that we can get past this.

Please reconsider and let's talk. Below is my telephone number.

Respectfully,

Lester
(925) 862-9972

**From:** Michael Neustel <michael@neustel.com>
**Sent:** Wednesday, August 9, 2023 8:44 AM
**To:** lester imperiumpw.com <lester@imperiumpw.com>; darien imperiumpw.com <darien@imperiumpw.com>; ehertz@dehs.com
**Cc:** meghann@denevanfalon.com; Monte Bond <monte@neustel.com>; Michelle Breit <michelle@neustel.com>
**Subject:** Response to Lester Wallace's August 7, 2023 Email

Dear Lester,

Attached is my letter dated August 9, 2023, which serves as a response to your email below from August 7, 2023, sent at 4:26 pm CT. Given the significance of the matters discussed in my letter, I have ensured that all legal representatives for the involved parties are included in this communication.

Thank you and best regards,

Michael Neustel

Neustel Law Offices, LTD I 2534 South University Drive, Suite 4 I Fargo, ND 58103
Telephone: 701-281-8822 I Website: www.neustel.com I Email: michael@neustel.com

**From:** lester imperiumpw.com <lester@imperiumpw.com>
**Sent:** Monday, August 7, 2023 4:26 PM
**To:** Michael Neustel <michael@neustel.com>
**Subject:** Discussion

Dear Michael,

I would like to request that you and I make a good faith attempt as professionals to discuss this matter and to get past it. I suggest a personal telephone conversation. Just you and me. Each of us can listen to the other, and as professionals and attorneys we can attempt to stop the cycles of unfortunate interactions. I think we owe it to the Court to make the attempt. Please indicate a time. I can call you and we can discuss. Maybe we can resolve this.

Please advise.

Respectfully,

Lester

T. Lester Wallace
**Imperium Patent Works LLP**
315 Ray Street
Pleasanton, CA 94566

(925) 862-9972


**From:** Michael Neustel <michael@neustel.com>
**Sent:** Monday, August 7, 2023 10:24 AM
**To:** lester imperiumpw.com <lester@imperiumpw.com>; darien imperiumpw.com <darien@imperiumpw.com>; ehertz@dehs.com
**Cc:** Monte Bond <monte@neustel.com>; Michelle Breit <michelle@neustel.com>; meghann@denevanfalon.com
**Subject:** RE: July 6 meet and confer

Dear Lester,

I was taken aback by your suggestion that I might be recording our conversations. It seems that your *ad hominem* attacks know no bounds. As I have stated several times now, we are not recording conversations with you.

Though we would prefer to streamline the process and have only one attorney during meet-and-confer calls to be more cost-effective for our client, your behavior during these discussions, such as using derogatory terms like "fool" and "stupid" to refer to me, necessitates the presence of at least two attorneys on any call involving you. This measure ensures that we can accurately document statements made by you.

Best regards,

Michael Neustel

Neustel Law Offices, LTD I 2534 South University Drive, Suite 4 I Fargo, ND 58103
Telephone: 701-281-8822 I Website: www.neustel.com I Email: michael@neustel.com


**From:** lester imperiumpw.com <lester@imperiumpw.com>
**Sent:** Sunday, August 6, 2023 12:31 AM
**To:** Michael Neustel <michael@neustel.com>
**Cc:** darien imperiumpw.com <darien@imperiumpw.com>; Monte Bond <monte@neustel.com>; Michelle Breit <michelle@neustel.com>; ehertz@dehs.com; meghann@denevanfalon.com
**Subject:** July 6 meet and confer

Dear Michael,

I am just now reading your declaration (Dkt. 176).

You have numerous long direct quotes.

If you made a recording, we request that you send us copy.

Lester

T. Lester Wallace
**Imperium Patent Works LLP**
315 Ray Street
Pleasanton, CA 94566
(925) 862-9972