# Exhibit K

*August 13, 2023, Letter from Michael Neustel to Lester Wallace*



August 13, 2023

*Via Email Only*

T. Lester Wallace
Imperium Patent Works LLP
PO Box 607
315 Ray Street
Pleasanton, CA 94556
lester@imperiumpw.com

Case:   *Buergofol GmbH v. Omega Liner Company, Inc.*, Case No. 4:22-cv-04112

Re:     Response to Lester Wallace's August 9, 2023 Email

Dear Lester,

I acknowledge the receipt of your email sent on August 9, 2023 at 11:13 am CT.  Considering the previous instances of hostile, antagonistic and disrespectful language you and your brother Darien have directed towards me personally during meet-and-confers, including the use of derogatory terms such as "fool" and "stupid," I find it necessary to restrict our communications to only written exchanges unless verbal communication is required by the Court.

Should you wish to initiate a private discussion, I kindly ask that you send me a private email or letter.  Your written communication will be given due consideration and an appropriate response will follow.

I would like to emphasize that the concerns I have raised over the past nine months pertain not only to your behavior but also to the conduct of Darien. For any meaningful improvement in communication from Buergofol's legal representatives, it is essential that Darien also modifies his approach. Regrettably, recent communications from Darien have continued to display antagonism, even after my letter dated August 9, 2023, casting doubt on the likelihood of a change in his communication style.  I urge you to discuss my concerns with Darien, and if he is genuinely committed to improving communications, he is also welcome to initiate private correspondence via email or letter.

Thank you for your attention to this matter. I look forward to the possibility of a more constructive engagement in the future.

Sincerely,

Michael Neustel





Telephone: 701-281-8822          Neustel Law Offices, LTD                Michael S. Neustel
Fax: 701-237-0544                2534 South University Drive, Suite 4    U.S. Patent Attorney
Website: www.neustel.com         Fargo, North Dakota 58103               michael@neustel.com