**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Veronica L. Duffy United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - JLS | Court Reporter – Carla Dedula |
| Courtroom - SF #3 | Date – September 18, 2023 |

4:22-cv-4112

| | |
|---|---|
| BUERGOFOL GMBH,<br>Plaintiff, | Elizabeth Hertz, Darien Wallace, Lester Wallace |
| vs. | |
| OMEGA LINER COMPANY, INC.<br>Defendant. | Meghann Joyce, Monte Bond, Shannon Falon, Caren Stanley, Michael Neustel, Michelle Breit |
| SUBSURFACE INC.<br>Interested Party | Caren Stanley |

TIME HEARING SCHEDULED TO BEGIN: 9:00 AM

<u>TIME:</u>

9:04 AM Enter motions hearing re: [80], [87], [92], [100], [127], [148], [153], [168] and [175].

The Court addresses counsel regarding the pending motions

Attorney Breit addresses the Court regarding Motion [80]
The Court denies [80] Motion for Protective Order as to third parties.

Attorney Wallace addresses the Court re [153]
Attorney Stanley addresses the Court re [153]
The Court grants in part and denies in part [153] Motion to Compel

Attorney Bond addresses the Court re [148]
Attorney Wallace addresses the Court re [148]
The Court grants [148] Motion to Compel employment agreement

Attorney Bond addresses the Court re [127]
Attorney Wallace addresses the Court re [127]

The Court grants [127] Motion to Compel

Attorney Wallace addresses the Court re [87]
Attorney Breit addresses the Court re [87]
The Court grants in part and denies in part [87] Motion Determine Sufficiency of Omega's Objections to Requests for Admission

Attorney Joyce addresses the Court re [100]
Attorney Wallace addresses the Court re [100]
The Court denies [100]

12:18 PM Court in recess until 1:15 PM

1:16 PM Court resumes

Attorney Bond addresses the Court re [92]
Attorney Wallace addresses the Court re [92]
Further discussion
The Court grants in part and denies in part [92] Motion to Compel

Attorney Bond addresses the Court re [175]
Attorney Wallace addresses the Court re [175]
Further discussion
The Court grants in part and denies in part [175] Motion to Compel

Attorney Neustel addresses the Court re [168]
Attorney Wallace addresses the Court re [168]
Further discussion
The Court denies [168] Motion to Compel

4:03 PM Court is adjourned