

ImportGenius.com
info@importgenius.com
Toll Free: 855-573-9976
International: +1 480-745-3396

| PRODUCT DESCRIPTION | CONSIGNEE | SHIPPER | ARRIVAL DATE | GROSS WEIGH |
|---|---|---|---|---|
| FOIL | LIGHT STREAM INC. | BUERGOFOL GMBH | 08/17/2017 | 6563 |
| POLYAMID, POLYETHYLEN H | LIGHT STREAM INC | BUERGOFOL GMBH | 02/26/2015 | 1918 |
| POLYAMID FOILS | LIGHT STREAM INC | BUERGOFOL GMBH | 02/26/2014 | 2365 |
| FLEECE FOILS HS CODE 560: | LIGHT STREAM INC | GT GROSSMANN TECHNICAI | 01/15/2014 | 10890 |
| POLYAMID FOILS | LIGHT STREAM INC | BUERGOFOL GMBH | 11/03/2013 | 2585 |
| FOILS | LIGHT STREAM INC. | BUERGOFOL GMBH | 10/13/2012 | 5089 |
| LEAD HEAD | STREAM LIGHT INC | BRACELENTE METAL PRODU | 08/24/2012 | 4255 |
| FLEECE, FOILS | LIGHT STREAM INC | GT GROSSMANN TECHNICAI | 07/15/2012 | 1650 |
| FLEECE, FOILS | LIGHT STREAM INC | GT GROSSMANN TECHNICAI | 01/30/2012 | 1320 |
| FOILS | LIGHT STREAM INC. | BUERGOFOL GMBH | 11/25/2011 | 7119 |
| MULTICORE ROBOT CABLE 4 | LIGHT STREAM INC | CABEOS GMBH | 04/08/2011 | 990 |
| PLASTIC FOILS | LIGHT STREAM INC | LANTOR GMBH | 03/07/2011 | 2471 |
| FOILS, COEXTRUDED FILM L | LIGHT STREAM INC | BUERGOFOL GMBH | 02/14/2011 | 7260 |
| PET FOILS | LIGHT STREAM INC | KPP OVERSEAS GMBH | 12/03/2010 | 3423 |
| PLASTIC FOILS | LIGHT STREAM INC | BUERGOFOL GMBH | 09/20/2010 | 2446 |
| PLASTIC FOILS | LIGHT STREAM INC | LANTOR GMBH | 09/20/2010 | 953 |
| PLASTIC FOILS | LIGHT STREAM INC | KPP OVERSEAS GMBH | 08/13/2010 | 3568 |
| PLASTIC FOILS | LIGHT STREAM INC | BUERGOFOL GMBH | 08/13/2010 | 2323 |
| PLASTIC FOILS | LIGHT STREAM INC | LANTOR GMBH | 08/13/2010 | 1272 |
| PLASTIC FOILSCTA: 392010 | LIGHT STREAM INC. | BUERGFOL GMBH | 08/05/2009 | 7546 |
| FLEECECTA: 56039099 | LIGHT STREAM INC. | LANTOR GMBH | 08/05/2009 | 3027 |
| PLASTIC FOILSCTA: 392010 | LIGHT STREAM INC. | KPP OVERSEAS GMBH | 08/05/2009 | 10118 |
| FOILS SLAC ON 8 PALLETS H | LIGHT STREAM INC. | KPP OVERSEAS GMBH | 06/30/2009 | 10362 |

| GROSS WEIGHT (KG) | FOREIGN PORT | US PORT | VESSEL NAME |
|---:|---|---|---|
| 2983 | Stade | Los Angeles, California | NYK REMUS |
| 872 | Bremerhaven | Los Angeles, California | NYK DEMETER |
| 1075 | Bremerhaven | Los Angeles, California | APL JADE |
| 4950 | Stade | Los Angeles, California | SEOUL EXPRESS |
| 1175 | Bremerhaven | Los Angeles, California | MOL ENDEAVOR |
| 2313 | Bremerhaven | Los Angeles, California | APL ARABIA |
| 1934 | Shanghai | New York, New York | HANJIN LOS ANGELES |
| 750 | Bremerhaven | Los Angeles, California | APL ARABIA |
| 600 | Bremerhaven | Los Angeles, California | APL ARABIA |
| 3236 | Bremerhaven | New York, New York | APL SARDONYX |
| 450 | Bremerhaven | Los Angeles, California | LUDWIGSHAFEN EXPRESS |
| 1123 | Bremerhaven | Los Angeles, California | MOL EFFICIENCY |
| 3300 | Bremerhaven | Los Angeles, California | MOL EXPRESS |
| 1556 | Bremerhaven | Los Angeles, California | LONDON EXPRESS |
| 1112 | Bremerhaven | Los Angeles, California | MOL ENDEAVOR |
| 433 | Bremerhaven | Los Angeles, California | MOL ENDEAVOR |
| 1622 | Bremerhaven | Los Angeles, California | MOL EXCELLENCE |
| 1056 | Bremerhaven | Los Angeles, California | MOL EXCELLENCE |
| 578 | Bremerhaven | Los Angeles, California | MOL EXCELLENCE |
| 3430 | Bremerhaven | Los Angeles, California | OAKLAND EXPRESS |
| 1376 | Bremerhaven | Los Angeles, California | OAKLAND EXPRESS |
| 4599 | Bremerhaven | Los Angeles, California | OAKLAND EXPRESS |
| 4710 | Bremerhaven | Los Angeles, California | APL JADE |

| COUNTRY OF ORIGIN | MARKS &AMP; NUMBERS |
|---|---|
| Germany | NO MARKS AND NUMBERS |
| Germany | BUERGOFOL LIGHT STREAM SHIPMENT NO 21413652 ORDER NO 11405225 |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| China | P/NQTYSMADE IN CHINA |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | NO MARKS |
| Germany | LIGHT STREAM SAN DIEGO CA |
| Germany | LIGHT STREAM SAN DIEGO CA |
| Germany | LIGHT STREAM N/M |
| Germany | LIGHT STREAM 110 INNOVATION DRIVE SAN DIEGO C A 92154 USA |

| CONSIGNEE ADDRESS |
| --- |
| SUETE 110 INOVATIVE DRIVE, SUETE 110 INOVATIVE DRIVE, CA-92154-6444 SAN DIEGO |
| SUITE 110 INOVATIVE DRIVE SAN DIEGO, CA 92154 US |
| 1222 INNOVATICE DRIVE SUITE 110 SAN DIEGO CA 92154 USA |
| 1222 INNOVATICE DRIVE SUITE 110 SAN DIEGO CA 92154 USA |
| 1222 INNOVATIC DRIVE, SUITE 110 SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATIVE DRIVE SAN DIEGO CA 92154 USA |
| 30 EAGLEVILLE ROAD EAGLEVILLE PA 19403 US 1-610-631-0600 |
| SUITE 110 1222 INNOVATIC DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATICE DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATICE DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATIVE DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110, 1222 INNOVATIC DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATIVE DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATIC DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATIC DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATIC DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATIC DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATIC DRIVE SAN DIEGO CA 92154 USA |
| SUITE 110 1222 INNOVATIC DRIVE SAN DIEGO CA 92154 USA |
| 1222 INNOVATICE DRIVE SAN DIEGO CA UNITED STATES |
| 1222 INNOVATICE DRIVE SAN DIEGO CA UNITED STATES |
| 1222 INNOVATICE DRIVE SAN DIEGO CA UNITED STATES |
| 110 INNOVATION DRIVE SAN DIEGO, CA 92154 US |

| SHIPPER ADDRESS | ZIP CODE |
|---|---|
| JAHNSTRASSE 10-14, JAHNSTRASSE 10-14, 93354 SIEGENBURG | |
| JAHNSTRASZE 10 -14 SIEGENBURG 93354 DE | 92154 |
| JAHNSTR. 10-14 SIEGENBURG BREMERHAVEN 93354 GERMANY | 92154 |
| & CO. KG ZUM STADION 15 HAIBACH/ASCHAFFENBUR 63808 GERMANY | 92154 |
| JAHNSTR. 10-14 SIEGENBURG BREMERHAVEN 93354 GERMANY | 92154 |
| JAHNSTR. 10-14 SIEGENBURG BREMERHAVEN 93354 GERMANY | |
| 88 GENTIAN ROAD FENHU ECONOMIC DEVELOPMETN ZONE WUJIANG CN 86-512-81559595 | 19403 |
| & CO. KG ZUM STADION 15 HAIBACH/ASCHAFFENBUR GERMANY | 92154 |
| & CO. KG ZUM STADION 15 HAIBACH/ASCHAFFENBUR 63808 GERMANY | 92154 |
| JAHNSTR. 10-14 SIEGENBURG BREMERHAVEN 93354 GERMANY | 92154 |
| OSTSTRASSE 20 LANGENBRETTACH LANGENARGEN 74243 GERMANY | 92154 |
| ZUM STADION 6 HALBACH BREMERHAVEN 63808 GERMANY | 92154 |
| JAHNSTR. 10-14 SIEGENBURG BREMERHAVEN 93354 GERMANY | 92154 |
| FRIEDRICHSTR. 171 BERLIN 10117 GERMANY | 92154 |
| JAHNSTR. 10-14 SIEGENBURG BREMERHAVEN 93354 GERMANY | 92154 |
| ZUM STADION 6 HALBACH BREMERHAVEN 63808 GERMANY | 92154 |
| FRIEDRICHSTR. 171 BERLIN 10117 GERMANY | 92154 |
| JAHNSTR. 10-14 SIEGENBURG BREMERHAVEN 93354 GERMANY | 92154 |
| ZUM STADION 6 HALBACH BREMERHAVEN 63808 GERMANY | 92154 |
| JAHNSTR. 10-14 SIEGENBURG BY GERMANY | 0 |
| ZUM STADION 6 HAIBACH BY GERMANY | 0 |
| FRIEDRICHSTR. 171 BERLIN BE GERMANY | 0 |
| FRIEDRICHSTR. 171 BERLIN, 10117 DE | 0 |

| NO. OF CONTAINERS | CONTAINER NUMBER | CONTAINER TYPE | QUANTITY | QUANTITY UNIT | MEASUREMENT |
|---|---|---|---|---|---|
| 1 | NYKU9910757 | 2CG0 | 10 | PKG | 20 |
| 1 | TCLU1520601 | | 5 | PKG | 0 |
| 1 | APHU6793612 | 45G0 | 8 | PKG | 0 |
| 1 | NYKU4845290 | | 21 | PKG | 0 |
| 1 | TCLU8459355 | 45G0 | 4 | PKG | 0 |
| 1 | TRLU5846616 | 45G0 | 11 | PKG | 0 |
| 1 | KKFU7432853 | 45G0 | 219 | CTN | 7 |
| 1 | APHU6529615 | | 1 | PKG | 0 |
| 1 | TCNU9460213 | | 2 | PKG | 0 |
| 1 | HDMU6888441 | | 13 | PKG | 0 |
| 1 | OOLU8357780 | | 1 | PKG | 0 |
| 1 | HDMU6548971 | | 3 | PKG | 0 |
| 1 | HDMU6707097 | | 9 | PKG | 0 |
| 1 | OOLU8075132 | | 22 | PKG | 0 |
| 1 | CAXU9041088 | | 4 | PKG | 0 |
| 1 | CAXU9041088 | | 1 | PKG | 0 |
| 1 | GESU5061446 | | 4 | PKG | 0 |
| 1 | GESU5061446 | | 3 | PKG | 0 |
| 1 | GESU5061446 | | 2 | PKG | 0 |
| 1 | NYKU8402160 | 42G1 | 10 | PKG | 13 |
| 1 | NYKU8402160 | 42G1 | 3 | PKG | 4 |
| 1 | NYKU8402160 | 42G1 | 11 | PKG | 11 |
| 1 | HDMU4399800 | | 8 | PKG | 1 |

| MEASUREMENT UNIT | BILL OF LADING | HOUSE VS MASTER | DISTRIBUTION PORT | MASTER B/L |
|---|---|---|---|---|
| CM | NYKSHAMT36453A01 | H | | NYKSHAMT36453300 |
| CM | SSLLLAX219835 | H | | OOLU2555717330 |
| | ETGE943708 | H | | APLU805807136 |
| | ETGE869485 | H | | NYKS5202716200 |
| | ETGE942972 | H | | APLU802149518 |
| | ETGE940379 | H | | APLU802131488 |
| CM | CROISHPHL1124171 | H | | KKLUSH6251194 |
| | ETGE929820 | H | | APLU802126388 |
| | ETGE928591 | H | | HDMUBMWB1034641 |
| | ETGE928209 | H | | HDMUBMWB1030309 |
| | ETGE926317 | H | | OOLU2511731810 |
| | ETGE926120 | H | | HDMUBMWB0997700 |
| | ETGE926053 | H | | HDMUBMWB0998462 |
| | ETGE925457 | H | | OOLU2509269380 |
| | ETGE915887 | H | | HDMUBMWB0985281 |
| | ETGE915888 | H | | HDMUBMWB0985281 |
| | ETGE915564 | H | | APLU805643414 |
| | ETGE915554 | H | | APLU805643414 |
| | ETGE915555 | H | | APLU805643414 |
| CM | NYKS520065106001 | H | | NYKS5200651060 |
| CM | NYKS520065106002 | H | | NYKS5200651060 |
| CM | NYKS520065106003 | H | | NYKS5200651060 |
| CM | SHKK276500925246 | H | | HDMUBMWB0942387 |

| VOYAGE NUMBER | SEAL | SHIP REGISTERED IN | IN-BOND ENTRY TYPE | CARRIER CODE |
|---|---|---|---|---|
| 045W | PT114415 | PANAMA | | NYKS |
| 040W | WWA0101307 | PANAMA | | SSLL |
| 159W | PCG21793 | SINGAPORE | | ETGE |
| 07W50 | 56102 | GERMANY | | ETGE |
| 062W | PCG26991 | PANAMA | | ETGE |
| 066W | PCGO17354 | LIBERIA | | ETGE |
| 111E | UBD70463 | PANAMA | 00 - Consumption Category | CROI |
| 065W | PCG015763 | LIBERIA | 00 - Consumption Category | ETGE |
| 063W | PCG012968 | LIBERIA | 00 - Consumption Category | ETGE |
| 121W | PCG012359 | SINGAPORE | 00 - Consumption Category | ETGE |
| 13W08 | PCG002404 | GERMANY | 00 - Consumption Category | ETGE |
| 056W | PCG001750 | PANAMA | 00 - Consumption Category | ETGE |
| 060W | 5661 | PANAMA | 00 - Consumption Category | ETGE |
| 65W43 | MX001426 | GERMANY | 00 - Consumption Category | ETGE |
| 049W | 2787 | PANAMA | 00 - Consumption Category | ETGE |
| 049W | 2787 | PANAMA | 00 - Consumption Category | ETGE |
| 058WT | 6677 | PANAMA | 00 - Consumption Category | ETGE |
| 058WT | 6677 | PANAMA | 00 - Consumption Category | ETGE |
| 058WT | 6677 | PANAMA | 00 - Consumption Category | ETGE |
| 039W | ES2076941 | GREECE | 00 - Consumption Category | NYKS |
| 039W | ES2076941 | GREECE | 00 - Consumption Category | NYKS |
| 039W | ES2076941 | GREECE | 00 - Consumption Category | NYKS |
| E137W | 153620 | SINGAPORE | 00 - Consumption Category | SHKK |

| CARRIER NAME | CARRIER CITY | CARRIER ST | CARRIER ZIP |
|---|---|---|---|
| NYK LINE (NIPPON YUSEN KAISHA) | TOKYO | | |
| SSL LINE LTD | LIMASSOL | | 3087 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| CAROTRANS INTERNATIONAL | UNION | NJ | 7083 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| EMO TRANS GMBH | SOLINGEN | | DE-42699 |
| NYK LINE (NIPPON YUSEN KAISHA) | TOKYO | | |
| NYK LINE (NIPPON YUSEN KAISHA) | TOKYO | | |
| NYK LINE (NIPPON YUSEN KAISHA) | TOKYO | | |
| SCHENKEROCEAN LIMITED | WANCHAI | | |

| CARRIER ADDRESS | NOTIFY PARTY |
|---|---|
| | LIGHT STREAM INC. |
| 1 KRITIS ST CONSTANCIA CT FLAT 301 | -NOT AVAILABLE- |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC. |
| 2401 MORRIS AVE - 2ND FL | |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC. |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| OBER DER MUEHLE 30 | LIGHT STREAM INC |
| | LIGHT STREAM INC. |
| | LIGHT STREAM INC. |
| | LIGHT STREAM INC. |
| 38 FL CHINA RESOURCES BLDG 26 HARBOUR RD | |

| NOTIFY ADDRESS | PLACE OF RECEIPT |
|---|---|
| SUETE 110 INOVATIVE DRIVE, SUETE 110 INOVATIVE DRIVE, CA-92154-6444 SAN DIEGO | SIEGENBURG, BY |
| | CFS HAMBURG |
| 1222 INNOVATICE DRIVE SUITE 110 SAN DIEGO CA 92154 USA | BREMERHAVEN, GERM |
| 1222 INNOVATICE DRIVE SUITE 110 SAN DIEGO CA 92154 USA | FULDA, GERMANY |
| 1222 INNOVATIC DRIVE, SUITE 110 SAN DIEGO CA 92154 USA | BREMERHAVEN, GERM |
| SUITE 110 1222 INNOVATIC DRIVE SAN DIEGO CA 92154 USA | BREMERHAVEN, GERM |
| | SHANGHAI |
| | FULDA, GERMANY |
| | HAIBACH/ASCHAFFEN |
| | BREMERHAVEN, GERM |
| | HAMBURG, GERMANY |
| | HAIBACH/ASCHAFFEN |
| | BREMERHAVEN, GERM |
| | BREMERHAVEN, GERM |
| | BREMERHAVEN, GER |
| | BREMERHAVEN, GER |
| | BREMERHAVEN, GER |
| | BREMERHAVEN, GER |
| | BREMERHAVEN, GER |
| | GREVEN |
| | GREVEN |
| | GREVEN |
| | BREMERHAVEN |