

ImportGenius.com
info@importgenius.com
Toll Free: 855-573-9976
International: +1 480-745-3396

| PRODUCT DESCRIPTION | CONSIGNEE |
|---|---|
| LED FLOODLIGHT HS CODE:9405409000 9405100000 | LIGHTSTREAM LED & FLORESCENT |
| LED WALL PACK LIGHT,LED FLOOD LIGHT,LED ACCESSORY HS CODE:940540 | LIGHTSTREAM LED & FLORESCENT |
| LED FLOODLIGHT | LIGHTSTREAM LED & FLUORESCENT |
| LED RIGID BAR HS CODE:940 540 9000 | LIGHTSTREAM LED & FLUORESCENT |
| H S CODE 590390, VLIES | LIGHTSTREAM |
| LED FLOODLIGHT LED WALLPACK | LIGHTSTREAM LED & FLUORESCENT |
| LED LINEAR HIGH BAY LED LINEAR LIGHT | LIGHTSTREAM LED & FLUORESCENT |
| T8 LED TUBES EM DRIVERS 3PALLETS75CARTONS | LIGHTSTREAM LED & FLUORESCENT |
| LED FLOODLIGHT LED WALLPACK | LIGHTSTREAM LED & FLUORESCENT EQUIP |
| PE-PA-PE FILM QUALITY | LIGHTSTREAM LP |
| PE-PA-PE FILM HS-CD: 39201089 | LIGHTSTREAM LP |
| EL WIRELED ROPE LIGHTLED STRIP LIGHTDRIVER | LIGHTSTREAM INC |
| NON-WOVEN FABRIC SLAC ON 5 PALLETS HTS 48115900,56031310 | LIGHTSTREAM INC. |
| PLASTIC FOIL SLAC ON 9 PALLETS HTS 39201089 | LIGHTSTREAM INC. |

| SHIPPER | ARRIVAL DATE | GROSS WEIGHT (LB) | GROSS WEIGHT (KG) | FOREIGN PORT |
|---|---|---|---|---|
| THAILIGHT SEMICONDUCTOR LIGHTING | 05/13/2018 | 6706 | 3048 | Hu lu Tao |
| DONGGUAN THAILIGHT SEMICONDUCTOR | 12/13/2017 | 4807 | 2185 | Yantian |
| THAILIGHT SEMICONDUCTOR LIGHTING | 09/15/2017 | 4530 | 2059 | Hu lu Tao |
| SHENZHEN GK LIGHTING CO.,LTD | 09/15/2017 | 134 | 61 | Hu lu Tao |
| GTT GROSSMANN TECH TEXTILES | 04/27/2017 | 17285 | 7857 | Bremerhaven |
| THAILIGHT SEMICONDUCTOR LIGHTING | 10/13/2016 | 3747 | 1703 | Hu lu Tao |
| JIANGMEN OGJG LIGHTING AND | 08/07/2016 | 2328 | 1058 | Yantian |
| FY LIGHTING CO., LTD | 07/27/2016 | 2411 | 1096 | Yantian |
| THAILIGHT SEMICONDUCTOR LIGHTING CO | 07/24/2016 | 10417 | 4735 | Yantian |
| INFIANA GERMANY GMBH & CO. | 03/15/2015 | 10930 | 4968 | Stade |
| HUHTAMAKI FILMS GERMANY GMBH & CO. | 01/25/2014 | 11493 | 5224 | Stade |
| SHENZHEN HIGHSONG LIGHTING CO.,LTD | 08/06/2012 | 854 | 388 | Hong Kong |
| LANTOR GMBH | 06/30/2009 | 3496 | 1589 | Bremerhaven |
| BUERGOFOL GMBH | 06/30/2009 | 6006 | 2730 | Bremerhaven |

| US PORT | VESSEL NAME | COUNTRY OF ORIGIN |
| --- | --- | --- |
| Los Angeles, California | EVER ETHIC | China |
| Long Beach, California | OOCL GENOA | China |
| Long Beach, California | OOCL TAIPEI | China |
| Long Beach, California | OOCL TAIPEI | China |
| Long Beach, California | MSC VIDHI | Germany |
| Los Angeles, California | NYK ARTEMIS | China |
| Los Angeles, California | EVER USEFUL | China |
| Long Beach, California | OOCL TAIPEI | China |
| Los Angeles, California | ITAL UNICA | China |
| New York/Newark Area, Newark, New Jersey | OSAKA EXPRESS | Germany |
| Los Angeles, California | HOECHST EXPRESS | Germany |
| Seattle, Washington | HYUNDAI LIBERTY | Hong Kong |
| Los Angeles, California | APL JADE | Germany |
| Los Angeles, California | APL JADE | Germany |

| MARKS &AMP; NUMBERS |
| --- |
| LED LIGHTING FIXTURE |
| LED FLOODLIGHT, LED WALL PACK NO MARKS |
| LED FLOODLIGHTS |
| PACKING NO MARKS |
| NO MARKS |
| LED FLOODLIGHT LED WALLPACK |
| Lightstream |
| ATTN: STEVE HUANG NO MARKS |
| NO MARKS |
| ORDER NUMBER 902107811 DELIVERY NOTE 250397 |
| PO 10039 . |
| LIGHTSTREAM 62 CARTONS |
| LIGHTSTREAM, INC. SAN DIEGO, CA USA |
| LIGHT STREAM INC. SAN DIEGO, CA USA |

| CONSIGNEE ADDRESS |
| --- |
| EQUIPMENT LLC 10610 NEWKIRK STREET SUITE 202 DALLAS TEXAS 75220 |
| EQUIPMENT LLC 10610 NEWKIRK STREET SUITE 202 DALLAS TEXAS 75220 |
| EQUIPMENT LLC 10610 NEWKIRK STREET,SUITE 202 DALLAS,TX 75220 |
| EQUIPMENT LLC 10610 NEWKIRK STREET SUITE 202 DALLAS TEXAS 75220,USA |
| 1222 INNOVATIVE DRUIVE SUITE 110 SAN DIEGO CA 92154 USA |
| EQUIPMENT LLC 10610 NEWKIRK STREET, SUITE 202 DALLAS, TX 75220 |
| EQUIPMENT LLC,10610 NEWKIRK STREET SUITE 202 DALLAS,TX 75220 STEVE HUANG TE305-587-2894 |
| EQUIPMENT LLC 10610 NEWKIRK DR SUITE 202 DALLAS TX 75220 |
| 10610 NEWKIRK STREET, SUITE 202 DALLAS, TX 75220 DALLAS TX75220 US |
| 1222 INNOVATIVE DRIVE, SUITE # 110 92154 SAN DIEGO CA US |
| 1222 INNOVATIVE DR. #110 SAN DIEGO CA UNITED STATES |
| 155 CAMP 9 READ BONNERS FERRY ID 83805 U.S.A |
| 1222 INNOVATION DRIVE SUITE 110 SAN DIEGO, CA 92154 US |
| 110 INNOVATION DRIVE SAN DIEGO, CA 92154 US |

| SHIPPER ADDRESS |
|---|
| CO.,LTD. SANHUI INDUSTRY,CUNWEI, HENLI TOWN, DONGGUAN CN |
| LIGHTING CO., LTD SANHUI INDUSTRY AREA,CUNWEI,HENGLI TOWN,DONGGUAN GUANGDONG, CHINA CN |
| CO.,LTD. SANHUI INDUSTRY,CUNWEI,HENLI TOWN,DONGGUAN CN |
| FLOOR 5,BLOCK F,GUANCHENG LOW- CARBON,HEDI,GONGMING,GUANGMING NEW DISTRICT,SHENZHEN,CHINA CN |
| GMBH & CO. KG., ZUM STADION 15 HAIBACH HAIBACH/ASCHAFFENBUR 63808 GERMANY |
| CO.,LTD SANHUI IND.AREA,CUNWEI, HENGLI TOWN, DONGGUAN,CHINA CN |
| ELECTRONIC CO., LTD. PLANT A, NO. 4-5, XINCUN 2ND ROAD, SANYA, HETANG TOWN, JIANGMEN CITY, TE0755 83660655 |
| 5TH F,BLOCK F,WEIYE INNOVATION INDUSTRIAL PARK,HANGCHENG ROAD, BAO'AN DISTRICT,SHENZHEN,CHINA CN |
| SANHUI IND. AREA, CUNWEI, HENGLI TO DONGGUAN, CHINA DONGGUAN GD523000 CN |
| ZWEIBRUECKENSTRASSE 15-25 91301 FORCHHEIM DE |
| ZWEIBRUECKENSTR. 15-25 FORCHHEIM BY GERMANY |
| FLOOR,B2 BUILDING DONGFANGJIANFU DAYANG INDUSTRIAL ZONE, FU-AN ROAD, FUYONG TOWN SHENZHEN CHINA |
| ZUM STADION 6 HAIBACH, 63808 DE |
| JAHNSTRASSE 10 - 14 SIEGENBURG, 93354 DE |

| ZIP CODE | NO. OF CONTAINERS | CONTAINER NUMBER | CONTAINER TYPE | QUANTITY | QUANTITY UNIT | MEASUREMENT |
|---|---|---|---|---|---|---|
| 75220 | 1 | FCIU7059823 | 45G0 | 324 | CTN | 0 |
| 75220 | 1 | OOLU9841314 | 45G1 | 215 | CTN | 0 |
| 75220 | 1 | OOLU9592253 | 45G0 | 206 | CTN | 0 |
| 10610 | 1 | OOLU9592253 | 45G0 | 3 | CTN | 0 |
| 92154 | 1 | MSCU7700321 | 4510 | 24 | PKG | 0 |
| 75220 | 1 | HDMU6426232 | 45G0 | 193 | CTN | 0 |
| 75220 | 1 | EMCU5345281 | 4CR0 | 117 | CTN | 8 |
| 75220 | 1 | OOLU9856269 | 45G0 | 75 | CTN | 0 |
| 75220 | 1 | EITU0289047 | 2200 | 586 | CTN | 23 |
|  | 1 | TCNU9845154 | 45G1 | 57 | PKG | 0 |
|  | 1 | OOLU7333398 | 42G1 | 9 | PKG | 0 |
| 83805 | 1 | MORU0002084 | 4ER0 | 62 | CTN | 1 |
| 0 | 1 | HDMU4399800 |  | 23 | PCS | 1 |
| 0 | 1 | HDMU4399800 |  | 9 | PKG | 1 |

| MEASUREMENT UNIT | BILL OF LADING | HOUSE VS MASTER | DISTRIBUTION PORT | MASTER B/L |
|---|---|---|---|---|
| X | CHKMDLS804078806 | H | | EGLV010800374034 |
| X | CHKMDLS711084408 | H | | OOLU2596500921 |
| X | CHKMDLS70901300A | H | | OOLU2591354830 |
| X | CHKMDLS70901300B | H | | OOLU2591354830 |
| | EMLTSOL181701300 | H | | MSCURU377900 |
| X | CHKMDLS609116003 | H | | HDMUYNWB8348956 |
| CM | FCCJHWSH16070163 | H | | EGLV149601968653 |
| X | CHKMDLS606085108 | H | | OOLU2573766151 |
| X | HDWCHWSH16070063 | H | | EGLV149601724011 |
| CM | PNEP65111094705 | H | | NYKS5203481810 |
| CM | OOLU3084902630 | | | |
| CM | BNXCSEA2713106 | H | | MOLU13005195241 |
| CM | SHKK276503957115 | H | | HDMUBMWB0942387 |
| CM | SHKK276503957641 | H | | HDMUBMWB0942387 |

| VOYAGE NUMBER | SEAL | SHIP REGISTERED IN | IN-BOND ENTRY TYPE | CARRIER CODE |
|---|---|---|---|---|
| 124E | EMCQHR0667 | UNITED KINGDOM | | CHKM |
| 020E | OOLETL0328 | HONG KONG | | CHKM |
| 018E | OOLEES1847 | HONG KONG | | CHKM |
| 018E | OOLEES1847 | HONG KONG | | CHKM |
| 712A | PR818153 | LIBERIA | | EMLT |
| 089E | HMM2250774 | PANAMA | | CHKM |
| 118E | EMCCFZ7245 | PANAMA | | FCCJ |
| 008E | OOLEES9213 | HONG KONG | | CHKM |
| 0940E | EMCCFP4785 | ITALY | | HDWC |
| | 51 KL3124610 | GERMANY | | PNEP |
| 020W | 248961 | BERMUDA | | OOLU |
| 051E | MOL986084A | UNITED KINGDOM | 00 - Consumption Category | BNXC |
| E137W | 153620 | SINGAPORE | 00 - Consumption Category | SHKK |
| E137W | 153620 | SINGAPORE | 00 - Consumption Category | SHKK |

| CARRIER NAME | CARRIER CITY | CARRIER STATE | CARRIER ZIP |
|---|---|---|---|
| CHARTER LINK LOGISTICS LIMITED | KWAI CHUNG | | |
| CHARTER LINK LOGISTICS LIMITED | KWAI CHUNG | | |
| CHARTER LINK LOGISTICS LIMITED | KWAI CHUNG | | |
| CHARTER LINK LOGISTICS LIMITED | KWAI CHUNG | | |
| EML TRANSPORT INC | | | |
| CHARTER LINK LOGISTICS LIMITED | KWAI CHUNG | | |
| FCC LOGISTICS INC | HAWTHORNE | CA | 90250 |
| CHARTER LINK LOGISTICS LIMITED | KWAI CHUNG | | |
| HEADWIN LOGISTICS CO LTD | NINGBO | | |
| PANTAINER EXPRESS LINE PANALPINA INC AS AGENTS | TORRANCE | CA | 90502 |
| ORIENT OVERSEAS CONTAINER LINE LTD | | | |
| BINEX LINE CORPORATION | EL SEGUNDO | CA | 90245 |
| SCHENKEROCEAN LIMITED | WANCHAI | | |
| SCHENKEROCEAN LIMITED | WANCHAI | | |

| CARRIER ADDRESS | NOTIFY PARTY |
|---|---|
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT | -NOT AVAILABLE- |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT | -NOT AVAILABLE- |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT | -NOT AVAILABLE- |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT | -NOT AVAILABLE- |
|  | -NOT AVAILABLE- |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT |  |
| 13025 CERISE AVE | LIGHTSTREAM LED & FLUORESCENT |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT |  |
| 48 CAI HONG NORTH RD 11/FL PORTMAN BLDG |  |
| 19900 VERMONT AVE STE A | -NOT AVAILABLE- |
| 4141 HACIENDA DR | PANALPINA INCORPORATED |
| 200 N SEPULVEDA BLVD #1610 | LIGHTSTREAM INC |
| 38 FL CHINA RESOURCES BLDG 26 HARBOUR RD |  |
| 38 FL CHINA RESOURCES BLDG 26 HARBOUR RD |  |

| CARRIER ADDRESS | NOTIFY PARTY |
| --- | --- |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT | -NOT AVAILABLE- |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT | -NOT AVAILABLE- |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT | -NOT AVAILABLE- |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT | -NOT AVAILABLE- |
|  | -NOT AVAILABLE- |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT |  |
| 13025 CERISE AVE | LIGHTSTREAM LED & FLUORESCENT |
| RM 1108 TOWER 1 EVER GAIN PLAZA 88 CONTAINER PORT |  |
| 48 CAI HONG NORTH RD 11/FL PORTMAN BLDG |  |
| 19900 VERMONT AVE STE A | -NOT AVAILABLE- |
| 4141 HACIENDA DR | PANALPINA INCORPORATED |
| 200 N SEPULVEDA BLVD #1610 | LIGHTSTREAM INC |
| 38 FL CHINA RESOURCES BLDG 26 HARBOUR RD |  |
| 38 FL CHINA RESOURCES BLDG 26 HARBOUR RD |  |

| NOTIFY ADDRESS | PLACE OF RECEIPT |
| --- | --- |
| -NOT AVAILABLE- | SHEN ZHEN GUANG |
| -NOT AVAILABLE- | YAN TIAN GUANGDO |
| -NOT AVAILABLE- | SHEN ZHEN GUANG |
| -NOT AVAILABLE- | SHEN ZHEN GUANG |
| -NOT AVAILABLE- | HAIBACH/ASCHAFFEN |
| | SHEN ZHEN GUANG |
| EQUIPMENT LLC,10610 NEWKIRK STREET SUITE 202 DALLAS,TX 75220 STEVE HUANG | YANTIAN |
| | YAN TIAN GUANGDO |
| | YANTIAN |
| | HEMHOFEN DOOR |
| 8500 HAGGERTY, SUITE 100 VAN BUREN MI UNITED STATES | HEMHOFEN |
| | SHENZHEN |
| | BREMERHAVEN |
| | BREMERHAVEN |