

OMEG-01028



OMEG-01029



OMEG-01030



OMEG-01031



Light Stream inc.

Buergofol GmbH  Order-Nr.: 11104751        3

Type of film:  ERGO.VAC-34A0004 , D

Date:27.10.11  228 ,200 ,

Width:  318/200

Tubular Film

film:  300

kg:  41,0  Rollennr  :  "4856"7572"

Recommended max. storage temperature 16/18°C (60/65 F).
Relative humidity 45/50%. Recommended storage time 6 months.

OMEG-01032



OMEG-01033



OMEG-01034



OMEG-01035



OMEG-01036



OMEG-01037



OMEG-01038



OMEG-01039



OMEG-01040



OMEG-01041



OMEG-01042



OMEG-01043