

OMEG-01044

OMEG-01045



OMEG-01046



OMEG-01047

# Accepted Inner-Foil

## Size Diameter 9 = (12 9/16")

Identification #: 11104751

Full Roll Length: 950'   3/26/2012   980'   / Date: 3/23/2012

Length Used: _____ / Date: _____

- Partial Roll Length: _____ / Date: _____

- Length Used: _____ / Date: _____

- Partial Roll Length: _____ / Date: _____

- Accepted by: _[signature]_   / Date: 3/23/2012

- Remarks: _____

OMEG-01048



OMEG-01049



OMEG-01050



OMEG-01051



OMEG-01052







OMEG-01055



OMEG-01056



OMEG-01057



OMEG-01058



OMEG-01059



OMEG-01060