

OMEG-01061



OMEG-01062



OMEG-01063



OMEG-01064



OMEG-01065



OMEG-01066



OMEG-01067



OMEG-01068



OMEG-01069



OMEG-01070



OMEG-01071



OMEG-01072



ernational Pipelining
GmbH Auftrags-Nr:10802804
Warenart: ERGO.VAC-34A0004
Bestellung vom
Abmessung: 579/200
Schlauch
lfm: 250
kg: 60,6
Rollno.
Wir empfehlen vor Verarbeitung der Folie eine Lagerung von 24 Stunden

OMEG-01074



OMEG-01075



OMEG-01076



OMEG-01077