**NEUSTEL** | THE EVOLUTION OF PATENT LAW
ATTORNEYS AT LAW

August 31, 2023

Darien Wallace
Imperium Patent Works
P.O. Box 607
Pleasanton, California 94566

Re:   ***Buergofol GmbH v. Omega Liner Company, Inc.*** **(Case No. 4:22-cv-04112)**
       **Omega's Production of Representative Samples of Film and Labels**

Dear Mr. Wallace:

Please find enclosed Omega's production of the following representative samples of film from each manufacturer of film for Omega (Buergofol, Viaflex and Sudpack) and corresponding labels attached to each roll of film the samples were taken from. The following representative film samples are wrapped in tin foil to protect each of the samples from contamination from the other samples. Below are the bates numbers for the produced samples:

- **OMEG-00019** (Sample 1) and corresponding label attached to roll of film sample taken from;

- **OMEG-00020** (Sample 1) and corresponding label attached to roll of film sample taken from;

- **OMEG-00021** (Sample 1) and corresponding label attached to roll of film sample taken from;

- **OMEG-00022** (Sample 1) and corresponding label attached to roll of film sample taken from; and

- **OMEG-00023** (Sample 1) and corresponding label attached to roll of film sample taken from;

Contact me with any questions.

Sincerely,

Michael S. Neustel


Telephone: 701-281-8822
Fax: 701-237-0544
Website: www.neustel.com


Neustel Law Offices, LTD
2534 South University Drive, Suite 4
Fargo, North Dakota 58103

Michael S. Neustel
U.S. Patent Attorney
michael@neustel.com

 **Omega Exhibit L**