

NEUSTEL | THE EVOLUTION OF PATENT LAW
ATTORNEYS AT LAW

September 14, 2023

Darien Wallace
Imperium Patent Works
P.O. Box 607
Pleasanton, California 94566

Re: *Buergofol GmbH v. Omega Liner Company, Inc.* **(Case No. 4:22-cv-04112)**
**Omega's Production of Samples of Dry Liner and Wet Liner**

Dear Mr. Wallace:

Please find enclosed Omega's production of the following samples of dry liner and wet liner:

- **OMEG-00017** (Sample 1) - Dry Liner Sample; and
- **OMEG-00018** (Sample 1) - Wet Liner Sample.

Contact me with any questions.

Sincerely,

Michael S. Neustel



Telephone: 701-281-8822
Fax: 701-237-0544
Website: www.neustel.com

Neustel Law Offices, LTD
2534 South University Drive, Suite 4
Fargo, North Dakota 58103

Michael S. Neustel
U.S. Patent Attorney
michael@neustel.com

Omega Exhibit M