# EXHIBIT L

**From:** Michael Neustel <michael@neustel.com>
**Sent:** Tuesday, January 30, 2024 11:29 AM
**To:** Lester@imperiumpw.com; darien@imperiumpw.com; ehertz@dehs.com
**Cc:** Monte Bond <monte@neustel.com>; Michelle Breit <michelle@neustel.com>; meghann@denevanfalon.com; Shannon Falon (shannon@denevanfalon.com) <shannon@denevanfalon.com>
**Subject:** Meet-and-Confer re Buergofol's ROG 12

Dear Lester,

Upon my return to the office today after a six-day vacation, I am catching up on my correspondence. I observed that you and your brother Darien have sent a number of meet-and-confer emails during my absence (including the one below). I will need some time to thoroughly review these and prepare comprehensive meet-and-confer responses.

I aim to review your meet-and-confer emails and respond to you by the end of this week, or at the latest, by early next week.

Best regards,

Michael S. Neustel
U.S. Patent Attorney

Neustel Law Offices, LTD | 2534 South University Drive, Suite 4 | Fargo, North Dakota 58103
Telephone: (701) 281-8822 | Facsimile: (701) 237-0544 | E-mail: michael@neustel.com | Website: www.neustel.com