# EXHIBIT Q

**From:** Michael Neustel <michael@neustel.com>
**Sent:** Tuesday, July 23, 2024 8:52 PM
**To:** lester imperiumpw.com <lester@imperiumpw.com>; darien imperiumpw.com <darien@imperiumpw.com>; ehertz@dehs.com
**Cc:** meghann@denevanfalon.com; Shannon Falon (shannon@denevanfalon.com) <shannon@denevanfalon.com>; Monte Bond <monte@neustel.com>; Michelle Breit <michelle@neustel.com>
**Subject:** Meet-and-Confer re Buergofol's ROG 12 and RFA 11

Dear Lester,

I have repeatedly explained to you the reason why ==Omega's attorneys are no longer willing to meet and confer telephonically with Buergofol's attorneys.== For example, when we met and conferred telephonically in the past, you repeatedly referred to me with derogatory terms, including "fool" and "stupid." (See, Dkt. 215, Decl. of Neustel.) On at least one occasion, we were required to abruptly end the telephone call due to your vitriolic communications directed towards me and the other Omega attorneys that were on the call.

On August 9 and 13, 2023, I sent two letters directly addressing your conduct and requesting improvements to facilitate the resolution of discovery disputes in this case. (Dkts. 215-10 and 215-11.) Instead of amending your communication style, you filed a 30-page brief on August 16, 2023, rife with personal attacks, labeling me "ignorant" twice, "unprofessional" three times, accusing me of "ignorance" four times, and asserting I made "false statements" nine times without any substantiation. (Dkt. 195, Buergofol's Brief.)

On September 1, 2024, Omega filed a motion to strike your derogatory brief and to sanction you for your conduct. (Dkts. 213-215.) Despite this, you persisted with your personal attacks in subsequent court briefings. For instance, in your November 9, 2023 brief, you accused me of making "false statements," "misrepresentations," and "fabrications" multiple times. (Dkt. 284, 4:14-15, 7:11, 12, 15, 16, 8:7, 12:12, 15, 13:4, 14:2-3, 15:11, 19, 16:16, 17:14-15, 25:11). In your February 23, 2024 brief, you called me a "vexatious lawyer" twice (Dkt. 349, 4:12-14, 15:25-16:1), accused me of telling the Court a "lie" (*id.*, 10:5-6), and alleged I made "false statements" to the Court at least three times (*id.*, 16:5-6). (*See*, Dkt. 354-3 for a summary of your personal attacks.) These attacks you put in writing are similar to the ones you regularly made during telephonic meet and confers. Judge Schreier has even noted your communications as "antagonistic" and "not conferring in good faith." (Dkt. 143, p. 7; Dkt. 180, p. 15.)

Your emails and court filings continue to demonstrate a lack of improvement in conduct. As a result, we do not believe any meaningful meet-and-confer can occur telephonically with you. We disagree with you that written communications cannot satisfy the meet-and-confer requirements.

Omega is considering the other remarks in your emails below as they pertain to Omega's responses to Interrogatory No. 12 and Request for Admission No. 11 and ==will respond to you by next week, including possibly serving an amended response to Interrogatory No. 12 to the extent== the interrogatory seeks information regarding liners that Omega made and sold during a time that Buergofol was its sole film supplier.

Best regards,

Michael Neustel

Neustel Law Offices, LTD | 2534 South University Drive, Suite 4 | Fargo, ND 58103
Telephone: 701-281-8822 | Website: www.neustel.com | Email: michael@neustel.com