UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| BUERGOFOL GMBH,<br><br>                Plaintiff and<br>                Counter Defendant,<br><br>vs.<br><br>OMEGA LINER COMPANY, INC.,<br><br>                Defendant and<br>                Counter Claimant. | 4:22-CV-04112-KES<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY AND GRANTING DEFENDANT'S MOTIONS TO EXTEND |

      Defendant, Omega Liner Company, Inc., moves to extend the time in which to file its opposition to Buergofol's Motion to Compel (Docket 876). Docket 892. Omega requests that the court "[e]xtend Omega's deadline to oppose Buergofol's Motion to Compel (Dkt. 876) to two weeks after the [c]ourt's ruling on Omega's Motion to Consolidate (Dkt. 880)," and that "[i]f the [c]ourt denies Omega's Motion to Consolidate (Dkt. 880), allow Omega fourteen (14) days from the date of that ruling to file its opposition to Buergofol's Motion to Compel (Dkt. 876)." *Id.* at 3. Omega argues that good cause exists to grant the extension because its pending Motion to Consolidate (Docket 880) seeks to "set a coordinated briefing schedule" between the two motions "to ensure consistency and efficiency" based on the "substantial overlap between the two motions." *Id.* at 2. Because the court's ruling on Omega's Motion to Consolidate will affect the briefing schedule regarding Buergofol's Motion to Compel, the court finds that good cause exists to grant Omega's request for an extension.

Omega also moves for leave to file a surreply in response to Buergofol's Reply in Support of Buergofol's Motion to Extend Deadlines to Oppose Omega's Motion to Dismiss (Docket 864). Docket 894. The two-page surreply seeks to "address only the[] factual misrepresentations [made by Buergofol] regarding the scheduling of Ms. Brown's deposition." *Id.* at 2. The surreply includes an attached email thread between the parties' counsel from September 26, 2025, to October 16, 2025, regarding the scheduling of Ms. Brown's deposition. *See* Docket 894-1 at 8-18. The court finds that good cause exists to grant Omega's motion to file a surreply because the limited information submitted by Omega directly addresses alleged misrepresentations made by Buergofol in its reply in support of its motion to extend deadlines (Docket 878).

Omega also moves for a three-week extension of time in which to file its reply to Buergofol's opposition to Omega's Motion for Protective Order (Docket 838). Docket 895. Buergofol has indicated that it will not oppose Omega's motion for an extension. *Id.* at 2. The court finds that good cause exists to extend Omega's reply deadline from October 23, 2025, to November 13, 2025, because Omega's response brief to Buergofol's Federal Circuit appeal is due November 3, 2025, and the claim construction hearing is scheduled before this court on November 10, 2025. *See id.* at 1.

Thus, it is

ORDERED that defendant's motion (Docket 892) is granted. Omega has two weeks following the court's order on Omega's Motion to Consolidate

(Docket 880) to file its opposition brief to Buergofol's Motion to Compel (Docket 876). It is

FURTHER ORDERED that defendant's motion (Docket 894) is granted. Omega may file the surreply that is attached to its motion at Docket 894. It is

FURTHER ORDERED that defendant's motion (Docket 895) is granted. Omega must file its reply to Buergofol's opposition to Omega's Motion for Protective Order (Docket 838) on or before November 13, 2025.

Dated October 17, 2025.

                                        BY THE COURT:

                                        /s/ *Karen E. Schreier*
                                        KAREN E. SCHREIER
                                        UNITED STATES DISTRICT JUDGE